UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

-against-

SANTO AGRAPINO TEJADA MOTA,

Defendant.
-----------------------------------------------------------X

**ORDER GRANTING DEFENDANT'S MOTION FOR A TEMPORARY CHANGE IN BAIL CONDITIONS**

**20 Cr. 335 (JSR)**

Upon the application of Defendant Santo Agrapino Tejada Mota, by his attorney Mark I. Cohen, it is hereby ORDERED that:

1. Defendant's motion for a temporary modification of his bail conditions is GRANTED. Defendant's home incarceration condition may be modified for a ninety (90) minute period in order to enable him to go to a local barbershop, have his hair cut, and return back to his custody status.

IT IS SO ORDERED.

Dated: New York, New York
       May 25, 2021

_____
The Honorable Jed S. Rakoff
United States District Judge
Southern District of New York