UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - X
                                      :
UNITED STATES OF AMERICA              :   **ORDER AND JUDGMENT**
                                      :
         -v.-                         :   20 Cr. 335 (JSR)
                                      :
SANTO AGRAPINO TEJADA MOTA,           :
                                      :
                  Defendant.          :
- - - - - - - - - - - - - - - - - - - X

    This cause having come on to be heard on the motion of Audrey Strauss, United States Attorney for the Southern District of New York, by Kedar S. Bhatia, Assistant United States Attorney,

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, pursuant to Rule 46(f) of the Federal Rules of Criminal Procedure:

    1.   The $100,000 personal recognizance bond (the "Bond") executed by Karla Munoz, Mariselis O. Arias, and Melvin Flores Nunez be and hereby is FORFEITED.

    2.   Default judgment in the amount of $100,000 in favor of the United States of America and against Santo Agrapino Tejada Mota be and hereby is ENTERED and the United States of America shall have execution therefor.

    3.   Judgment in the amount of $100,000 in favor of the United States of America and against Karla Munoz, Mariselis O. Arias, and Melvin Flores Nunez be and hereby is ENTERED and the United States

of America shall have execution therefor.

SO ORDERED.

Dated:     New York, New York
           September 10/4/ 2021

                                    _____
                                    THE HONORABLE JED S. RAKOFF
                                    UNITED STATES DISTRICT JUDGE